January 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JEFFERY MAY, SHARON MAY, GILBERT APODACA, JEANETTE ALEJANDRO, MARK BOGOSIAN, JANA BOGOSIAN, DAVID BOYD, SENA BOYD, H.M BURLESON, JR., JAMES WARD, ROBERT CAMPBELL, CHERYL CAMPBELL, JOHN COON, BARBARA COON, FENOGLIO, LACEY FENOGLIO, JOHN GOLDEN, SANDRA GOLDEN, DOROTHY JAWORSKI, JOEY KING, RACHELLE KING, CRAIG LAUGHLIN, DEANN HARMON-LAUGHLIN, PAULA MCCLURG, GRANT MELHORN, AMY MELHORN, JASON QUINN, DONNA QUINN, JOSHUA RUSK, REBECCA RUSK, HERMAN SALGADO, GREG SEELEY, JULIE SEELEY, SCOTT SEESE, MARCIA SEESE, DWIGHT SMITH, MIRIAM SMITH , LINDA SPAULDING, DAVID SOLT, LINDA SOLT, AND THE VOTH TRUST, Appellants/Cross-Appellees

NO. 14-12-00588-CV        V.

TICOR TITLE INSURANCE, CHICAGO TITLE INSURANCE COMPANY, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, AND ALAMO TITLE COMPANY, Appellees/Cross-Appellants

―――――――――――――――――――――

This cause, an appeal from the judgment in favor of appellees/cross-appellants Ticor Title Insurance, Chicago Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance

Corporation, and Alamo Title Company ("the Ticor Appelles") signed, March 6, 2011, was heard on the transcript of the record. We have inspected the record, and (1) we **REVERSE** the trial court's judgment as to prejudgment interest and **REMAND** this cause to the trial court to calculate prejudgment interest using March 31, 2009, as the accrual date; and (2) we **REVERSE** the trial court's judgment with regard to litigation costs and **REMAND** this cause to the trial court to determine the appropriate amount of litigation costs to award the Ticor Appellees.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.